BONNIE E. ESKENAZI (SBN 119401)
BEskenazi@GreenbergGlusker.com
RACHEL WILKES BARCHIE (SBN 240642)
RBarchie@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Plaintiff
Atlantique Productions, S.A.

DAVID GROSSMAN (SBN 211326)
dgrossman@loeb.com
MICHAEL ZWEIG (*Pro Hac Vice*)
mzweig@loeb.com
THOMAS NOLAN (SBN 238213)
tnolan@loeb.com

LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, California 90067-4120
Telephone:  310.282.2000
Facsimile:  310.282.2200

Attorneys for Defendant ION MEDIA
NETWORKS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIQUE PRODUCTIONS, S.A., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>ION MEDIA NETWORKS, INC., a Florida corporation, and DOES 1-10, inclusive,<br><br>Defendant. | Case No.  12-CV-8632-DMG (PLAx)<br><br>Hon. Dolly M. Gee<br><br>**[PROPOSED] ORDER ON AMENDED STIPULATION RE PROTECTIVE ORDER**<br><br>Complaint filed:  October 9, 2012 |

1   Having considered the Amended Stipulation Re Protective Order filed
2   herewith by plaintiff Atlantique Productions, S.A., on the one hand, and defendant
3   Ion Media Networks, Inc., on the other hand, and good cause appearing, the
4   Stipulation Re Protective Order **IS HEREBY SO ORDERED.**

DATED:   June 6, 2013          _____
                                Paul L. Abrams
                                United States Magistrate Judge